UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
KAREEM BELLAMY,
Plaintiff,

- v -

CITY OF NEW YORK, et al.,

Defendants.
---------------------------------------------------------x

**ORDER**

CV-12-1025 (WFK)(VVP)

The plaintiff has moved [Dkt. Ent. 99] for a modification of the Confidentiality Stipulation and Protective Order [Dkt. Ent. 50] (the "Order") entered by the court in this case that would authorize the plaintiff to transmit all documents produced by the City that are subject to the Order to Janet L. Polstein, Assistant Attorney General for the State of New York, for use at a related civil action pending in the New York Court of Claims. The motion is granted in part as follows: to the extent that any Judge or Justice of the State of New York who presides over the Court of Claims action determines that documents subject to the Order should be produced to other parties in the proceeding, the Order does not prohibit the plaintiff from producing the documents as authorized by that Court.

**SO ORDERED:**

*Viktor V. Pohorelsky*

VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated: Brooklyn, New York
May 14, 2015