UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAREEM BELLAMY

                      Plaintiff,

      -against-

CITY OF NEW YORK, JOHN J. GILLEN,
MICHAEL F. SOLOMENO, JOHN DOE 1 AND
JOHN DOE2, SUPERVISING OFFICERS AT
THE NYPD 101ST PRECINCT

                      Defendants.

------------------------------------------------------------X

**STIPULATION**

12 Civ. 1025 (WFK)(VVP)

    IT IS HEREBY STIPULATED, by and between counsel for all of the parties, as follows:

1. Plaintiff's Motion for Sanctions (Dkt No. 106) is withdrawn with prejudice.

2. The First Amended Complaint (Dkt No 82) is withdrawn with prejudice. The original Complaint (Dkt. No. 1) shall be the operative pleading.

3. The defendants' Motion to Dismiss the First Amended Complaint, (Dkt. 86-92) is moot and is withdrawn by the City without prejudice.

4. Plaintiff shall be allowed to proceed with discovery on his two Monell claims, Claims VI (¶¶425 - 439) and VIII (¶¶ 446 - 453), in the Complaint. (Dkt 1)

5. Plaintiff shall serve Interrogatories and Request for Document Production on or before August 31, 2015.

6. Defendants shall respond to plaintiff's Interrogatories and Document Production on or before October 15, 2015.

1

7. Any files that are requested by plaintiff and not objected to shall be produced on a "rolling" basis of 40 files every 30 days.

8. <u>Monell</u> depositions shall be noticed and completed on or before December 31, 2015.

9. The discovery cut-off date regarding <u>Monell</u> will be January 15, 2016.

10. That a facsimile copy hereof shall have the same force and effect as an original.

Dated:   New York, New York
         August 14 2015

Thomas Hoffman, Esq.
Law Offices of Thomas Hoffman, P.C.
*Attorney for Plaintiff*
250 West 57 Street, Suite 901
New York, N.Y. 10107

Zachary W. Carter
Corporation Counsel of the City of New York
*Attorney for Defs. City, Gillen and Solomeno*
100 Church Street
New York, N.Y. 10007

By: _____
    Thomas Hoffman

By: _____
    Virginia Nimick
    Assistant Corporation Counsel

SO ORDERED:

          s/vvp
_____
HON. VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE

2