UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

Kareem Bellamy,

Plaintiff,

-against-

City of New York,
John J. Gillen,
Michael F. Solomeno,
John Doe 1 and John Doe 2, Supervising Officers at the NYPD 101st Precinct,

Defendants.

--------------------------------------------------------------------------X

**NOTICE OF MOTION FOR DEFENDANT CITY OF NEW YORK'S OBJECTIONS TO THE FEBRUARY 18, 2016 ORDER**

12-CV-1025 (AMD)(PK)

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Matthew J. Modafferi, dated March 3, 2016, and the exhibits annexed thereto; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, Defendant City of New York will move this Court for a protective order concerning numerous depositions of members of the Queens County District Attorney's Office, or in the alternative, for the opportunity to move for summary judgment on the limited basis of whether Plaintiff can prove an underlying violation of his Constitutional rights for purposes of his Monell claims, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served in accordance with the Local Rules or the Individual Practices of the Honorable Ann M. Donnelly.

Dated: New York, New York
March 3, 2016

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for Defendants City of New York, John Gillen and Michael Solomeno
100 Church Street
New York, New York 10007
(212) 356-2331

By: /s/
Matthew J. Modafferi
Senior Counsel
Special Federal Litigation Division

TO: Thomas Hoffman, Esq. (By First Class Mail and ECF)
*Attorney for Plaintiff*
250 West 57th Street, Suite 1020
New York, New York 10107

Honorable Ann M. Donnelly (By First Class Mail and ECF)
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

## DECLARATION OF SERVICE

Matthew J. Modafferi declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct: On March 3, 2016, I served the annexed **NOTICE OF MOTION and DECLARATION OF MATTHEW J. MODAFFERI IN SUPPORT OF DEFENDANT'S OBJECTIONS TO THE MAGISTRATE'S FEBRUARY 18, 2016 ORDER** upon Plaintiff's attorney, Thomas Hoffman, Esq., by depositing a copy of same, enclosed in a first class, postpaid properly addressed wrapper in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to Plaintiff's attorney:

Thomas Hoffman, Esq.
250 West 57th Street, Suite 1020
New York, New York 10107

being the address designated by Plaintiff for that purpose.

Dated: New York, New York
March 3, 2016

/s/
MATTHEW J. MODAFFERI
SENIOR COUNSEL

Index No. 12-CV-1025 (AMD)(PK)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Kareem Bellamy,

Plaintiff,

-against-

City of New York,
John J. Gillen,
Michael F. Solomeno,
John Doe 1 and John Doe 2, Supervising Officers at the NYPD 101st Precinct,

Defendants.

**NOTICE OF MOTION FOR DEFENDANT'S OBJECTIONS TO THE FEBRUARY 18, 2016 ORDER**

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, New York 10007*

*Senior Counsel: Matthew J. Modafferi*
*Tel: (212) 356-2331*

*Due and timely service is hereby admitted.*

*New York, N.Y.* .............................................................., *2016.*

.................................................................................................... *Esq.*

*Attorney for*..........................................................................................