**LAW OFFICES OF THOMAS HOFFMAN, P. C.**

250 WEST 57 STREET, Suite 901, NEW YORK, NEW YORK 10107 • (212) 581-1180 Fax: (212) 710-0582

March 7, 2016

**ECF**
Hon. Magistrate Peggy Kuo
United States District court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kareem Bellamy v. The City of New York, et. al.
12CV1025 (AMD) (PK)

Dear Magistrate Judge Kuo:

We respectfully request that Your Honor permit the sealing of Exhibit "C" Docket 139-3 in accordance with the parties Confidentiality Order.

By way of explanation for this mistake, in the prior discovery that the City served each document was conspicuously marked as "Confidential." Recently, we were served with a batch of documents which altered this practice. The cover letter stated that all of the hundreds of delivered documents should be deemed "Confidential." The individual papers were not marked.

When my paralegal was preparing the motion for filing, noting that the names were redacted and that the documents did not contain a "Confidential" designation the Exhibit was inadvertently submitted. Although filed on February 19th, we first became aware of our error two weeks later on Friday, March 4th, when alerted in City's response to our Motion to Compel. We then took immediate steps to correct our error.

The City consents to the application to seal exhibit "C" Docket 139-3. We apologize for this error and any inconvenience that it may have caused.

Very truly yours,

Thomas Hoffman

cc: ECF
Matthew Modafferi, Esq.