# LAW OFFICES OF THOMAS HOFFMAN, P. C.

5 Columbus Circle @ 1790 Broadway, 6th Floor, New York, New York 10019 • (212) 581-1180

August 9, 2016

**ECF**
Chambers
Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Kareem Bellamy v. The City of New York, et al.
              12 CV 1025 (AMD) (PK)
              Notice of Intervening Decision

Your Honor:

      We refer the court to the recent unpublished decision issued by Hon Alleyne R. Ross in *Nnondimele v Derienzo*, 13 cv 346, Dkt 163-24-26.

      Pages 24-26 of the decision are relevant to whether the failures by Mr. Bellamy's criminal counsel to adequately object to, or appeal, the trial prosecutor's alleged summation misconduct were a superseding cause of any injuries Mr. Bellamy might have suffered from such misconduct.

      Thank you for your consideration.

                                    Very truly yours,

                                    Thomas Hoffman