THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**MATTHEW J. MODAFFERI**
*Senior Counsel*
Telephone: (212) 356-2331
Fax: (212) 356-3509
mmodaffe@law.nyc.gov

May 8, 2017

**BY ECF**
Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kareem Bellamy v. City of New York, et al., 12-CV-1025 (AMD)(PK)

Your Honor:

I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing the Defendants in the above-referenced matter. Pursuant to the Court's Order, dated May, 1, 2017, attached please find the twenty-two (22) transcripts previously provided to the Court in connection with Defendants' motion for summary judgment. Due to the size limitation of the Court's ECF filing system, the transcripts are filed over twelve (12) different ECF entries. Also, due to their size, the criminal trial transcript and the first 440 hearing transcript are separated into two and four PDF files, respectively.

The transcripts are filed as follows:

Exhibit 1 - The criminal trial transcript (part 1);

Exhibit 2 – The criminal trial transcript (part 2);

Exhibit 3 - The original 440 hearing transcript (part 1);

Exhibit 4 - The original 440 hearing transcript (part 2);

Exhibit 5 - The original 440 hearing transcript (part 3);

Exhibit 6 - The original 440 hearing transcript (part 4);

Exhibit 7 - The renewed 440 hearing transcript (part 1);

Exhibit 8 - The renewed 440 hearing transcript (part 2);

Exhibit 9 - The renewed 440 hearing transcript (part 3);

Exhibit 10 - The renewed 440 hearing transcript (part 4);

Exhibit 11 - The renewed 440 hearing transcript (part 5);

Exhibit 12 - The renewed 440 hearing transcript (part 6);

Exhibit 13 - The Wade/Huntley hearing transcript;

Exhibit 14 – The transcript generated from Plaintiff's deposition;

Exhibit 15 – The transcript generated from Plaintiff's 50-h hearing;

Exhibit 16 – The transcript generated from the deposition of John Gillen;

Exhibit 17 – The transcript generated from the deposition of Michael Solomeno;

Exhibit 18 – The transcript generated from the deposition of Stephen Antignani;

Exhibit 19 – The transcript generated from the deposition of David Guy;

Exhibit 20 – The transcript generated from the deposition of Michael Mansfield;

Exhibit 21 – The transcript generated from the deposition of Daniel Cox;

Exhibit 22 – The transcript generated from the deposition of Linda Sanchez;

Exhibit 23 – The transcript generated from the deposition of Robert Burgos;

Exhibit 24 – The transcript generated from the deposition of Judeh Wadie Judeh;

Exhibit 25 – The transcript generated from the deposition of Birjmoham Lila; and

Exhibit 26 – The transcript generated from the deposition of Veronica Walker.

Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/

Matthew J. Modafferi
*Senior Counsel*
Special Federal Litigation Division

Attachments

cc: Thomas Hoffman, Esq. (By ECF)
*Attorney for Plaintiff*